A 585
122 346
76 585
Case 1
169 212

MARION B. P. WILSON, Respondent, *v.* CYRUS B. LAWRENCE, Impleaded, etc., Appellant.

(Argued December 11, 1878 ; decided January 21, 1879.)

THIS action was upon a policy of insurance upon the life of John G. Wilson, plaintiff's husband, for her benefit, and by its terms made payable to her. (Reported below, 13 Hun, 238.)

Defendant Lawrence claimed under an assignment made by plaintiff during the life of her husband, and pror to the act chapter 821, Laws of 1873. *Held,* that the policy was inalienable and the assignment absolutely void ; the court citing *Eadie* v. *Slimmon* (26 N. Y., 9); *Barry* v. *Brune* (59 id., 587.)

*Henry M Field* for appellant.

*Robert P Willson* for respondent.

RAPALLO, J., reads for affirmance.
All concur.
Judgment affirmed.

---

PHILIP V. R. STANTON, Appellant, *v.* ELIZABETH R. B. KING, Impleaded, etc., Respondent.

Where there has been a series of orders connected with the same matter, so that if one is erroneous all are, upon appeal from one the General Term is authorized to reverse the whole, so as to leave the records of the court clear and consistent.

The provision of the New Code (§ 1317), in reference to, and so far as it affects, this point, does not differ from the Old (§ 330).

The General Term, however, in such case, can only grant costs of one motion, and on appeal from one order.

A final judgment for one of several defendants, upon demurrer to the complaint, is, so far as the causes assigned for demurrer are sustained-